# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SAFELITE GROUP, INC.**<br><br>Defendant. | **Civil Action No: 6:21-cv-00228-ADA**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned counsel of record for Safelite Group, Inc. submits the following Corporate Disclosure Statement:

Safelite Group, Inc. is organized and existing under the laws of the State of Delaware, with a principal executive office located in Columbus, Ohio. Safelite Group, Inc. is a wholly owned subsidiary of Belron Group S.A., a foreign company. No other publicly owned corporation owns 10% or more of Safelite Group Inc.'s stock.

| | |
|---|---|
| May 3, 2021 | FISH & RICHARDSON P.C.<br><br>/s/ Ricardo J. Bonilla<br>Neil J. McNabnay<br>Texas Bar No. 24002583<br>Ricardo J. Bonilla<br>Texas Bar No. 24082704<br>Lance E. Wyatt<br>Texas Bar No. 24093397<br>Adil A. Shaikh<br>Texas Bar No. 24117039<br><br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>mcnabnay@fr.com<br>rbonilla@fr.com<br>wyatt@fr.com<br>shaikh@fr.com<br><br>***Attorneys for Defendant***<br>***Safelite Group, Inc.*** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 3, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Ricardo J. Bonilla
Ricardo J. Bonilla